IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| METALMARK NORTHWEST, LLC, an Oregon limited liability company and VALLEY BRONZE OF OREGON, INC., <br><br>  Plaintiffs, <br><br> vs. <br><br> LAURA JANELLE STEWART, CHRISTOPHER W. STEWART, F. LEITH BOGGESS, HIGHLAND ORNAMENTAL IRON WORKS, INC., a Virginia Corporation, MILESTONE TARANT, LLC, a District of Columbia Limited Liability Company, RICHARD T. ROSS, SUPERIOR IRON WORKS, INC., a Virginia Corporation, STEWART SPRINGS, LTD., <br><br>  Defendants. | Civil Case No. 04-682-KI (Lead Case) <br><br> *CONSOLIDATED CASE: Cv 05-1920-KI* <br><br> OPINION AND ORDER |

Page 1 - ORDER

       Robert L. Aldisert
       Stephanie K. Hines
       Cody M. Weston
       Perkins Coie LLP
       1120 N.W. Couch Street, Tenth Floor
       Portland, Oregon  97209-4128

            Attorneys for Plaintiffs

       Herman M. Braude
       Michael A. Lewis
       Braude & Margulies, P.C.
       1200 Potomac Street, N.W.
       Washington, D. C.  20007

       Richard G. Price
       Douglas S. Parker
       Preston Gates & Ellis, LLP
       222 S.W. Columbia Street, Suite 1400
       Portland, Oregon  97201-6632

            Attorneys for Defendants


KING, Judge:

     In the Opinion and Order dated September 8, 2006, I made some rulings on several categories of costs sought by plaintiffs in the Bill of Costs (#314) and asked the parties to confer on the final amount to be awarded.  They were unable to agree and filed their respective positions on the remaining issues.

     I first reviewed plaintiff's objections which it did not have the opportunity to make in response to defendants' objections to the Bill of Costs.  I decline to change any of my September 8 rulings.

Page 2 - ORDER

The parties' disagreement at this time is limited to $789.40 in copy fees. Because these copies were used in the federal litigation, and Metalmark failed to seek compensation for the copies in the arbitration, although it apparently could have done so, it comports with my prior rulings to award the amount in the federal litigation. I make such an award.

Metalmark's Bill of Costs (#314) is granted in the amount of $6,165.28.

IT IS SO ORDERED.

Dated this ____5th____ day of October, 2006.

                                                   /s/ Garr M. King
                                                  Garr M. King
                                                  United States District Judge